be closed, and after that time the survivors continued the same as a new firm, the existence of which was understood by all parties.   In view of all the facts and without discussing the evidence at length, there appears to be sufficient to warrant the conclusion of the referee that the surviving members of the copartnership were not bound to account for the profits after the year 1873."

Various other questions are disposed of on the facts.

*B. F. Blair* for appellants.

*Francis Lynde Stetson* for respondent.

MILLER, J., reads for affirmance.

All concur, except FINCH and TRACY, JJ., dissenting; and RAPALLO, J., absent.

Judgment affirmed.

---

DELLA A. PALMER, Respondent, *v.* GEORGE B. DEARING, Appellant.

(Argued June 1, 1882 ; decided June 13, 1882.)

*Samuel Hand* for appellant.

*James Troy* for respondent.

Agree to dismiss appeal, and to remand case to General Term for a rehearing.

All concur.

Ordered accordingly.

---

JOHN CURTIN, Plaintiff in Error, *v.* THE PEOPLE OF THE STATE OF NEW YORK, Defendant in Error.

(Submitted June 2, 1882; decided June 13, 1882.)

*Leon Abbett* for plaintiff in error.

*John McKeon* for defendant in error.

Agree to affirm. No opinion.
All concur, except Finch, J., absent.
Judgment affirmed.

---

Henry Gawthrop et al., Appellants, *v.* James D. Leary, Respondent.

(Submitted June 2, 1882; decided June 13, 1882.)

The General Term reversed the judgment in this action upon the facts, holding that the evidence was insufficient to support the verdict, but did not order a new trial.

The court here say: "An examination of the record leads us to think that should have been done. (*Goodman* v. *Conklin*, 85 N. Y. 21.) It cannot be said that on a new trial a recovery would be impossible."

*Albert A. Abbott* for appellants.

*John Berry* for respondent.

*Per Curiam* opinion for modifying judgment by ordering a new trial.
All concur, except Tracy, J., absent.
Judgment accordingly.

---

Thomas Ten Eyck, Appellant, *v.* Jesse Ryder, et al., Respondents.

(Argued April 28, 1882; decided June 13, 1882.)

*Thomas Nelson* for appellant.

*Samuel Watson* for respondents.

Tracy, J., reads for affirmance.
All concur, except Miller, J., not voting.
Judgment affirmed.